# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ERIC DELON FONVILLE,<br><br>    Defendant. | No. CR01-1015-LRR<br><br>**ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO<br>18 U.S.C. § 3582(c)(2)** |

This matter is before the court pursuant to the defendant's motion for reduction of sentence under 18 U.S.C. § 3582(c)(2) (docket no. 64). The defendant filed such motion on August 2, 2011. The government filed a resistance (docket no. 65) on August 12, 2011. The defendant filed a reply (docket no. 66) on August 16, 2011.

On two prior occasions the court concluded that the defendant is not entitled to relief in light of Amendment 706, as amended by Amendment 711, to USSG §2D1.1. Nevertheless, a change in the law now makes the defendant eligible for a reduction under 18 U.S.C. § 3582(c)(2). *See generally Freeman v. United States*, ___ U.S. ___, 131 S. Ct. 2685, 180 L. Ed. 2d 519 (2011). Accordingly, the defendant's motion for reduction of sentence under 18 U.S.C. § 3582(c)(2) (docket no. 64) is granted. Having reviewed the defendant's file, the provisions and commentary of USSG §1B1.10, the factors set forth in 18 U.S.C. § 3553(a), the nature and seriousness of the danger to any person or community that may be posed by a reduction in the defendant's term of imprisonment and the defendant's post-sentencing conduct, the court deems it appropriate to exercise its discretion and grant the defendant the maximum reduction permitted under 18 U.S.C. § 3582(c)(2) and USSG §1B1.10. The defendant's previously imposed 168 month term of

imprisonment, as reflected in the judgment dated June 17, 2002, is reduced to 138 months and 25 days.[1] *See* USSG §1B1.10(b)(2)(C) (prohibiting a term of imprisonment that is less than the term of imprisonment that the defendant has already served); *see also id.*, comment. (n.3) (stating that the term of imprisonment may not be reduced below time served). The defendant's new term of 138 months and 25 days applies to count 1 of the indictment. Except as provided above, all provisions of the judgment dated June 17, 2002 remain in effect. The duration and conditions of the defendant's supervised release remain unchanged.

The clerk's office is directed to send and fax a copy of this order to the Bureau of Prisons, that is, the place where the defendant is currently incarcerated. The Bureau of Prisons is directed to release the defendant, USM No. 08612-029, on August 31, 2011.[2] The clerk's office is also directed to send a copy of this order to the office of the Federal

---

[1] For purposes of the instant order, the court relied on the following determinations:

| Previous Offense Level: | 34 | Amended Offense Level: | 32 |
| --- | --- | --- | --- |
| Criminal History Category: | II | Criminal History Category: | II |
| Previous Guideline Range: | 168 to 210 months | Amended Guideline Range: | 135 to 168 months |

The reduced sentence of 138 months and 25 days on count 1 of the indictment is within the amended guideline range.

[2] To allow for Bureau of Prison processing and administration of the amended sentence, the court believes that a slight delay in the defendant's release date is appropriate.

Public Defender and the office of the United States Probation.

**IT IS SO ORDERED**.

**DATED** this 25th day of August, 2011.

LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA